NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK STAMPONE,<br><br>              Plaintiff, Pro Se,<br><br>v.<br><br>CARPENTERS LOCAL UNION # 15, JAMES ROMAINE (Business Agent), JOHN HOOK (President), INTERNATIONAL BROTHERHOOD OF CARPENTERS, DOUGLAS J. McCARRON (General President),<br><br>              Defendants. | Civ. No. 02-1229 (WGB)<br><br>**J U D G M E N T** |

    This matter having come before the Court on the motion of Plaintiff for summary judgment pursuant to Fed. R. Civ. P. Rule 56, and on the motion of Defendants for summary judgment pursuant to Fed. R. Civ. P. 56; and

    The Court having considered the submissions of the parties; and

    The Court having decided this matter without oral argument pursuant to Fed. R. Civ. P. 78; and

    For the reasons set forth in the Court's Opinion issued this day; and

    For good cause shown;

    IT IS on this 28th day of June, 2004, hereby ORDERED that Plaintiff's motion for summary judgment is **denied**; and

    IT IS FURTHER ORDERED that Defendants' motion for summary judgment is **granted**; and

IT IS FURTHER ORDERED that judgment is hereby entered in favor of Defendants on all counts of the Complaint; and

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

/s/  WILLIAM G. BASSLER
U.S.D.J.